UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDLIN DEVILMAR,<br><br>                            Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and OTAY MESA DETENTION CENTER<br><br>                            Respondents. | Case No.: 3:26-cv-0009-JES-MSB<br><br>**ORDER:**<br><br>**(1) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**(2) SETTING BRIEFING SCHEDULE; and**<br><br>**(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Fedlin Devilmar's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner **SHALL NOT** be removed from this District unless and

1  until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025
2  WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve
3  the status quo while determining whether it has subject matter jurisdiction over a case and
4  while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et
5  al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for
6  a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS
7  Respondents, their agents, employees, successors, attorneys, and all persons in active
8  concert and participation with them, from removing Petitioner A.M. from the United States
9  or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S.
10 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent
11 irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen
12 v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025)
13 (enjoining the Respondents from removing Petitioner without approval from the court).

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Tuesday, January 13, 2026**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may file an optional Traverse in support of the Petition no later than 5:00 p.m. on **Wednesday, January 14, 2026**. Upon receipt of the Response, the Court will consider the matter fully briefed, no oral argument will be held unless otherwise ordered, and the matter will be taken under submission.

**IT IS SO ORDERED.**

Dated: January 8, 2026

Honorable James E. Simmons Jr.
United States District Judge