UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDLIN DEVILMAR,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ICE; AND OTAY MESA DETENTION CENTER<br><br>　　　　　　　　　　Respondents. | Case No.: 3:26-cv-0009-JES-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241**<br><br>**[ECF No. 1]** |

　　　Before the Court is Petitioner Fedlin Devilmar's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents filed a Response to the Petition. ECF No. 4.

# DISCUSSION

## A. Jurisdiction

In the Response to the Petition, Respondents argue that this Court lacks jurisdiction over this Petition because Petitioner failed to name the warden of Otay Mesa Detention Center as a Respondent. ECF No. 4 at 2. This issue has recently addressed by the undersigned in *Guatam v. Corr. Corp of Am.*, No. 3:25-CV-3600-JES-DEB, 2026 WL 25846, at *2 (S.D. Cal. Jan. 5, 2026). Therefore, the Court elects to follow its reasoning in *Guatam* and incorporates it by reference. 2026 WL 25846, at *2.

In light of Petitioner's pro se status and the liberty interests at issue, the Court finds it prudent to follow suit of its sister courts and address the Petition on the merits rather than dismiss the Petition.

## B. Petitioner is a *Maldonado Bautista* Class Member

Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS** the Petition as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing; and

(3) The Clerk of Court is DIRECTED to CLOSE the suit after receipt of Respondents' Notice.

//
//
//

1   **IT IS SO ORDERED.**

2   Dated: January 16, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge